

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 24 A 11: 21

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### DISTRICT OF VERMONT

DUKENS BEAUCHAMP,

                    Petitioner,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States; DAVID
VENTURELLA, in his official capacity as Acting
Director, U.S. Immigration and Customs
Enforcement; MARKWAYNE MULLIN, in his
official capacity as Secretary of the United States
Department of Homeland Security; MARCO
RUBIO, in his official capacity as Secretary of
State; TODD BLANCHE, in his official capacity
as Acting U.S. Attorney General; DAVID
WESLING, in his official capacity as Acting
Boston Field Office Director, Immigration and
Customs Enforcement, Enforcement and
Removal Operations; DAVID W. JOHNSTON,
Vermont Sub-Office Director of Immigration
and Customs Enforcement, Enforcement and
Removal Operations; and GREG HALE, in his
official capacity as Superintendent, Northwest
State Correctional Facility.

                    Respondents.

Case No.  2:26-cv-240

## ORDER

This matter came before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges the statutory basis for his continued immigration detention, arguing that his detention is governed by 8 U.S.C. § 1226(a) rather than 8 U.S.C. § 1225(b) and that he is therefore entitled to an individualized custody redetermination hearing. Having considered the parties' submissions, the arguments of counsel, and the applicable

1

law, the Court concludes that Petitioner's detention is governed by 8 U.S.C. § 1226(a). Accordingly, for the reasons set forth below, the Petition is **GRANTED** to the extent it seeks an individualized custody redetermination hearing pursuant to 8 U.S.C. § 1226(a).

IT IS HEREBY ORDERED that Petitioner shall receive an individualized custody redetermination hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within fourteen (14) days of the entry of this Order.

The custody redetermination hearing shall be limited to determining whether Petitioner presents a danger to the community or a risk of flight pending the resolution of his removal proceedings, with the government bearing the burden of proof.

SO ORDERED.

Dated at Burlington, Vermont, this 24th day of July 2026.

Hon. Christina Reiss
United States District Judge